**Order filed January 26, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00641-CV
_____

### MARK TRIMBLE, Appellant

### V.

### ONEWEST BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION AND LANE LAW FIRM, Appellees

On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 15-CV-0457

## O R D E R

Appellant's brief was due January 13, 2017. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **February 13, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM